**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERWIN JIMENEZ GONZALEZ,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 5:26-CV-05718-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus filed October 28, 2026 (ECF No. 10), IT IS ADJUDGED that Count Two of the Petition is granted and the remaining claims are dismissed without prejudice as moot in light of the relief awarded on Count Two.

DATED: November 2, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE